**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:16CR260 |
| vs. | ) | |
| | ) | ORDER |
| **CASEY VICKERS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the court on the defendant's unopposed Motion to Continue [57] trial. As the defendant has recently given birth and the child had some complications, counsel needs additional time to confer with client. Defendant shall comply with NECrimR 12.1(a). For good cause shown, the motion will be granted.

      **IT IS ORDERED** that the motion to continue trial is granted, as follows:

      1. The jury trial now set for February 6, 2017 is continued to **May 15, 2017.**

      2. The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

      3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 15, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED January 20, 2017.**

      **BY THE COURT:**

      s/ Susan M. Bazis
      **United States Magistrate Judge**